# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**CLINTON BLAYDE, JR.,**

      **Plaintiff,**

v.                                                         No.: 2:08-cv-02798-BBD-cgc

**HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC.,**

      **Defendants.**

---

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AWARDING ATTORNEYS FEES

---

     Before the Court is Plaintiff's motion for attorneys fees and costs. (D.E. #115.) This matter was referred to the United States Magistrate Judge who issued a Report and Recommendation (D.E. #131) on June 6, 2011, recommending an award of attorneys fees and costs in the amount of $93,881.25. No objections have been filed.

     The Court adopts the Report and Recommendation as to its findings and grants the motion for attorneys fees and costs. For the reasons set forth in the Report and Recommendation, fees and costs are awarded to Plaintiff's counsel in the amount of

$93,881.25.

It is so ORDERED this the 30th day of June, 2011.

s/Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE
