IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CLINTON BLAYDE, JR.,**

    **Plaintiff,**

v.                                                                  No. 2:08-cv-02798-BBD-cgc

**HARRAH'S ENTERTAINMENT,
INC., and HARRAH'S OPERATING
COMPANY, INC.,**

    **Defendants.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's motion for bond and for post-judgment interest. (D.E. #126.) The Court referred the motion to the United States Magistrate Judge who issued a Report and Recommendation (D.E. #133) on September 28, 2011, recommending Plaintiff's motion be denied. Plaintiff has not filed any objections to the Report and Recommendation.

Upon due consideration, the Court adopts the Report and Recommendation. For the reasons set forth therein, Plaintiff's motion for bond is denied as moot and motion for post-judgment interest is denied without prejudice.

**IT IS SO ORDERED**, this 31st day of October, 2011.

        /s/ Bernice B. Donald
        BERNICE B. DONALD
        UNITED STATES DISTRICT JUDGE